## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

| | |
|---|---|
| IN RE: | |
| Eddie Marvin Medford | CASE NO.: 09-10102-RLJ-13 |
| Debtor(s) | HEARING DATE: March 26, 2014<br>HEARING TIME: 11:00 AM |

### DEBTOR CERTIFICATION AND
### MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE
### PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor moves for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

    A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

    B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

    C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

    D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

    E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2. I have made all payments required by my confirmed chapter 13 plan including direct payments.

Signed: /s/Eddie Marvin Medford
Debtor

/s/
Joint Debtor

/s/Monte J. White
Attorney for Debtors

## NOTICE OF HEARING

A HEARING WILL BE HELD ON March 26, 2014 AT 11:00 AM AT THE FOLLOWING ADDRESS: 341 Pine St., Room 2201, Abilene, TX 79601.
IF A RESPONSE IS FILED, A PRE-HEARING CONFERENCE SHALL BE HELD ON March 26 2014 AT 8:30 AM AT THE SAME ADDRESS.
ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, NOTICE SHOULD BE SENT TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDERED TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtor Certification and Motion for Entry of Chapter 13 Discharge Pursuant to 11 U.S.C. § 1328(a) and Notice of Hearing was this date served on the parties in the attached matrix by U.S. First Class mail.

Date: February 19, 2014

/s/Monte J. White
Attorney for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 09-10102-rlj13<br>Northern District of Texas<br>Abilene<br>Tue Feb 18 12:03:43 CST 2014 | First National Bank Albany-Breckenridge<br>P. O. Box 951<br>Breckenridge, TX 76424-0951 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | ALLTEL COMMUNICATION<br>1 ALLIED DR<br>LITTLE ROCK AR 72202-2099 | Cac Financial Corp<br>2915 N Classen Blvd<br>Oklahoma City, OK 73106-5400 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Cardiology Consultants<br>1201 N. 18th St.<br>Abilene, TX 79601-2932 | Cardiology Consultants<br>1680 Antilley Rd.<br>Abilene, TX 79606-5267 |
| Citi<br>PO Box 6000<br>The Lakes, NV 89163-6000 | Clinical Pathology Associates<br>1818 Pine St.<br>Abilene, TX 79601-2349 | First National Bank<br>200 N Main St<br>Albany, TX 76430 |
| First National Bank Albany/Breckenridge<br>co John R. Cook<br>212 West Elm St.,<br>Breckenridge, TX 76424-3532 | Hendrick Medical Center<br>Collection Department<br>1900 Pine Street<br>Abilene, Texas 79601-2432 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Department<br>1100 Commerce<br>Mail Code 5027 DAL<br>Dallas, Texas 75242-1100 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 | Midland Credit Management Inc<br>CO Glorie Lopez<br>8875 Aero Drive Ste 200<br>san Diego CA 92123-2255 |
| Midland Credit Mgmt<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | Nik Patel<br>1201 N 18th St.<br>Abilene, TX 79601-2932 |
| Radiology Associates of Abilene<br>PO Box 2898<br>Abilene, TX 79604-2898 | Sears-cbsd<br>Sears bankruptcy Recovery<br>7920 NW 110th St<br>Kansas City, MO 64153-1270 | Stephens County<br>c/o Michael Reed<br>P O Box 1269<br>Round Rock, TX 78680-1269 |
| Stephens County Courthouse Tax Office<br>200 West Walker<br>Breckenridge, Texas 76424-3554 | Stephens Memorial Hospital<br>200 S. Geneva St.<br>Breckenridge, TX 76424-4799 | TX Emergency Staffing Solution<br>P.O. Box 96118<br>Oklahoma City, OK 73143-6118 |
| United Equitable Mtg<br>10100 N Central Expy Ste<br>Dallas, TX 75231-4136 | West Central Tx Coll B<br>Po Box 2586<br>Abilene, TX 79604-2586 | eCAST Settlement Corporation assignee of Cap<br>One Bank<br>POB 35480<br>Newark NJ 07193-5480 |

Eddie Marvin Medford
837 CR 222
Breckenridge, TX 76424-6713

Larry Reed Levis
Monte J. White & Associates, P.C.
402 Cypress, Suite 310
Abilene, TX 79601-5151

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital 1 Bank
Attn: CO TSYS Debt Management
PO Box 5155
Norcross, GA 30091

IRS Special Procedures
Mail Code 5020-DAL
1100 Commerce St, Room 9B8
Dallas, TX 75242

(d) Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Michael Reed
McCreary Veselka, Bragg & Allen P.C.
PO Box 26990
Austin, TX 78755-0990

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) Stephens County

End of Label Matrix
Mailable recipients    32
Bypassed recipients     1
Total                  33